U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 27 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| RICHARD D. PAGE-BEY<br>FED. REG. #22188-044 | CIVIL ACTION NO. 08-1862<br>SECTION P |
| VS. | JUDGE TRIMBLE |
| JOE YOUNG, WARDEN | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** petitioner's Application for Federal Writ of Habeas Corpus Under 28 U.S.C. § 2241 be **DENIED** and **DISMISSED WITH PREJUDICE** for lack of jurisdiction.

**THUS DONE AND SIGNED**, in chambers, in Lake Charles, Louisiana, on this 27th day of April, 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE